UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

UNITED STATES OF AMERICA,
Plaintiff

vs.

ADRIAN TEJADA-GARDUZA, ET AL
Defendant(s)

CRIMINAL NO. 08 MJ 8512

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **Louisa S. Porter**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

MELKIN LINCONA-OVANDO

DATED: 6/25/08

**Louisa S. Porter**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______________
**DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** [signature]

**Deputy Clerk**

**B. LLOYD**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082